UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 09148
    MARTHA E MEDINA
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
    SSN XXX-XX-6849
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/14/05 and confirmed on 05/13/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 90494.84 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | 49197.00 | .00 | 49197.00 |
| CITIMORTGAGE | MORTGAGE ARRE | 17813.85 | .00 | 17813.85 |
| DAIMLER CHRYSLER FINANCI | SECURED | 3500.00 | 347.57 | 3500.00 |
| ECAST SETTLEMENT CORP | SECURED | 100.00 | 7.74 | 100.00 |
| ASSET AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 170.00 | .00 | 170.00 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4250.55 | .00 | 4250.55 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3193.50 | .00 | 3193.50 |
| CARD PROCESSING CENTER | UNSECURED | NOT FILED | .00 | .00 |
| ST JOSEPH HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | 909.49 | .00 | 909.49 |
| ECAST SETTLEMENT CORP | UNSECURED | 698.35 | .00 | 698.35 |
| DEPARTMENT OF HUD | SECURED | .00 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 70610.85 | .00 | 9221.89 | .00 | 79832.74 |
| PRINCIPAL PAID | 70610.85 | .00 | 9221.89 | .00 | 79832.74 |
| INTEREST PAID | 355.31 | .00 | .00 | .00 | 355.31 |
| TOTAL PAID | 70966.16 | .00 | 9221.89 | .00 | 80188.05 |

The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $   3320.29 .

Refunds to the Debtor totaled $   4286.50 .

Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/07                           /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                                    PAGE   2
            CASE NO. 05 B 09148 MARTHA E MEDINA